Paul D. Jackson, Cal. St. Bar No. 59542
Jeffrey P. Jackson, Cal. St. Bar No. 290364
LAW OFFICES OF PAUL D. JACKSON
10951 Sorrento Valley Road, Suite 1-G
San Diego, CA 92121-1613
Voice (858) 552-4900
Fax (858) 552-4904
e-mail: paul@jacksonlaw.biz

Attorneys for Plaintiffs

Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
kmorrison@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:       (213) 239-5100
Facsimile:  (213) 239-5199

Attorneys for Defendant A-T Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN HALLIWELL and AARON SLEICHTER,<br><br>             Plaintiffs,<br><br>    v.<br><br>A-T SOLUTIONS, INC.,<br><br>             Defendant. | Case No. 13-CV-2014-H-KSC<br><br>The Honorable Marilyn L. Huff<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  August 29, 2013 |

\*   \*   \*

WHEREAS, Plaintiffs Logan Halliwell and Aaron Sleichter filed the above-referenced lawsuit challenging certain of A-T Solutions, Inc.'s employment practices, including the classification of instructors as exempt employees, the number of hours worked by Mr. Halliwell and Mr. Sleichter, and the amount of compensation due to Mr. Halliwell and Mr. Sleichter in return for their work;

WHEREAS, although Mr. Halliwell, Mr. Sleichter, and A-T Solutions, Inc. (each a "Party," and collectively the "Parties") all believe in good faith that their claims and defenses in the lawsuit are meritorious, they have reached a fair and reasonable resolution of their bona fide dispute in order to avoid the costs and uncertainties of litigation; and

WHEREAS, the Parties therefore wish to dismiss the above-referenced lawsuit with prejudice and end their dispute for all time.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Logan Halliwell and Aaron Sleichter and Defendant A-T Solutions, Inc. that the above-referenced lawsuit shall be dismissed with prejudice.  The Parties further agree that no Party or counsel for any Party will seek attorneys' fees or costs related to this action from the Court.

SO STIPULATED.

Dated:  January 9, 2015                JACKSONLAW, LLP

 / Paul D. Jackson
By: Paul D. Jackson
Attorneys for Plaintiffs

Dated:  January 9, 2015                JENNER & BLOCK LLP

/s/ Brent Caslin                       .
By: Brent Caslin
Attorneys for A-T Solutions, Inc.

I, Brent Caslin, certify that I had permission from Paul D. Jackson to affix his e-filing signature and file this Joint Stipulation and Request for Dismissal with Prejudice on his behalf.

/s/ Brent Caslin            .
By: Brent Caslin